SINGER SEWING MACHINE COMPANY, RESPONDENT, v. CITIZENS NATIONAL BANK AND TRUST COMPANY OF ENGLEWOOD, APPELLANT.

Submitted February 16, 1934—Decided April 12, 1934.

For the respondent, *Rex B. Altschuler.*

For the appellant, *Abram A. Lebson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.